IN THE SUPREME COURT OF TEXAS

 No. 10-0688

 CMH HOMES, INC., VANDERBILT MORTGAGE AND FINANCE, INC. AND BRUCE ROBIN
 MOORE JR., Petitioners
 v.
 adam Perez, Respondent

 On Petition for Review

ORDERED:

 1. Petitioners' motion for stay, filed September 3, 2010, is
granted. The trial court's order dated March 8, 2010, Order on Plaintiff's
Motion to Compel Arbitration, in Cause No. DC-09-339, styled Adam Perez v.
Clayton Homes, Inc.; CMH Homes, Inc.; Vanderbilt Mortgage and Finance,
Inc.; and Bruce Robin Moore, Jr., in the 229th District Court of Duval
County, Texas, is stayed pending further order of this Court.
 2. The respondent is requested to respond to petitioners' petition
for review on or before 3:00 p.m., September 20, 2010.
 3. The petition for review remains pending before this Court.

 Done at the City of Austin, this September 10, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk